**Order filed August 6, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00462-CV
_____

### THE STATE OF TEXAS, Appellant

V.

### TREELINE PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP, LAROCA PARTNERS II, LTD., A TEXAS LIMITED PARTNERSHIP, Appellees

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1016954**

## ORDER

This is an appeal from a judgment signed March 10, 2014. On July 15, 2015, 2015, appellant The State of Texas and appellee Outfront Media LLC (formerly CBS Outdoor, Inc.) ("Outfront") filed a motion to set aside the trial court's judgment with respect to Outfront without regard to the merits and remand the case

with respect to Outfront for entry of judgment in accordance with the agreement of the parties. *See* Tex. R. App. P. 42.1. Accordingly, we enter the following order.

We order that portion of the appeal filed by The State of Texas with respect to Outfront SEVERED from this case and filed under a new appellate case number, 14-15-00623-CV, which will be styled *The State of Texas v. CBS Outdoor, Inc., a Delaware Corporation.* The record filed in case number 14-14-00462-CV, styled *The State of Texas v. Treeline Partners, Ltd., a Texas Limited Partnership, Laroca Partners II, Ltd., a Texas Limited Partnership*, is ordered transferred to and filed in case number 14-15-00623-CV.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.